UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 04-10001/02 |
|---|---|
| -vs- | JUDGE DRELL |
| JEVON FREDERIC ARMOUR | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the magistrate judge's findings under the applicable law,

IT IS ORDERED that defendant's Section 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DENIED and DISMISSED WITH PREJUDICE.

SIGNED on this 25th day of April, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge